ACCEPTED
01-14-00795-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 3:45:33 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00795-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 3:45:33 PM
CHRISTOPHER A. PRINE
Clerk

_____

*GERALD E. GILBERT, TDCJ No. 1236206*
Plaintiff-Appellant,
v.
*TEXAS DEPARTMENT OF CRIMINAL JUSTICE, et al.,*
Defendants-Appellees

_____

On Appeal from the 412th Judicial District Court
Brazoria County, Texas
Trial Court Cause No. 76482-I

_____

**APPELLEES' NOTICE OF DESIGNATION OF
NEW ATTORNEY-IN-CHARGE**

_____

Appellees The University of Texas Medical Branch ("UTMB"), Paul Strunk, Glenda Adams, Stephen Smock, and Tawana Smith submit this Notice of Designation of New Attorney-in-Charge. Appellees are represented by the Office of the Attorney General for the State of Texas. The previous attorney-in-charge was Kyle Smith, Assistant Attorney General, in the Law Enforcement Defense Division. This case has been administratively reassigned to Assistant Attorney General Daniel C. Neuhoff.[1]

---

[1] This is not a substitution of counsel; counsel is and will remain the Attorney General for the State of Texas.

0

All parties and the Court are on notice of the change in the attorney-in-charge of this case and Appellees' request that all future documents be forwarded to Daniel C. Neuhoff in the Attorney General's Office at the same address.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Daniel C. Neuhoff
**DANIEL C.  NEUHOFF**
Assistant Attorney General
Texas Bar No. 24088123
daniel.neuhoff@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS APPELLEES UTMB, PAUL STRUNK, GLENDA ADAMS, STEPHEN SMOCK AND TAWANA SMITH**

1

**NOTICE OF ELECTRONIC FILING**

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the above and foregoing **Notice of Designation of New Attorney-in-Charge** in accordance with the Electronic Case Files system on June 9, 2015.

/s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that I have served Plaintiff with a true and correct copy of the above and foregoing **Notice of Designation of New Attorney-in-Charge** on June 9, 2015, as follows:

Gerald Gilbert, TDCJ No. 1236206
Ramsey Unit
1100 FM 655
Rosharon, TX 77583
*Pro Se Plaintiff-Appellant*

/s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General